IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | NO. 4:16CV225 |
| | § | |
| (1) $72,039.07 IN UNITED STATES<br>CURRENCY, et al,<br>Defendants. | §<br>§<br>§ | |

## WARRANT OF ARREST IN REM

TO:   The Internal Revenue Service for the Eastern District of Texas and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

On March 31, 2016, the United States filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Texas against a the following property?

a.   $72,039.07.00 in U.S. currency seized from Charles Schwab account xxx2452, pursuant to a warrant on October 20, 2015, and

b.   $33,782.97 in United States currency seized from Wells Fargo Bank account xxx3973 pursuant to a warrant on January 13, 2016.

(collectively, defendant property), alleging that the property is subject to seizure and forfeiture to the United States for the reasons alleged in the complaint.

The defendant property is currently in the possession, custody, or control of the United States.

In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property.

**Warrant of Arrest in Rem – Page 1 of 2**

Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE COMMANDED to do the following:

1. To arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

2. Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner employed.

Dated:

                                DAVID O'TOOLE
                                Clerk of the Court
                                United States District Court for the
                                Eastern District of Texas


By: _____
      Deputy Clerk

**Warrant of Arrest in Rem – Page 2 of 2**