IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> V. <br><br> $72,039.07 IN UNITED STATES <br> CURRENCY, et al, <br> Defendants <br><br> . . . . . . . . . . . . . . . . <br><br> RISHI WIGNARAJAH, <br> Claimant | Civil No. 4:16-cv-225 <br><br> Verified Claim for Seized Property |

## VERIFIED CLAIM

Pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, I, RISHI WIGNARAJAH, hereby make this Verified Claim and demand for the return and/or release of the following seized funds in the above numbered and styled cause, more specifically:

1. All monetary proceeds identified in Paragraph 2 of the government's VERIFIED COMPLAINT FOR FORFEITURE IN REM, that being:

   a. $72,039.07 in U.S. Currency seized from Charles Schwab account **xxxx2452** pursuant to a warrant on October 20, 2015; and

   b. $33,782.97 in U.S. Currency seized from Wells Fargo Bank account **xxxx3973** pursuant to a warrant on January 13, 2016.

I, RISHI WIGNARAJAH, claim under oath and penalty of perjury my lawful interest in the above-identified funds, $72,039.07 and $33,782.97 in U.S. Currency, which was seized from

the named financial institutions under accounts bearing my name. These funds were lawfully my property and do not constitute, nor were derived from any unlawful activity.

I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information and belief.

I further declare under the penalty of perjury under the laws of the State of Minnesota and the United States that the foregoing is true and correct.

Date: August 08, 2016



RISHI WIGNARAJAH

SUBSCRIBED AND SWORN to before me, the undersigned notary, on the 8th day of August 2016.

ADRIAN W POLLOCK
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/19

Notary Public

## CERTIFICATE OF SERVICE

I, Ernest "Bo" Hopmann III, hereby certify that on August 8, 2016, a true and correct copy of the foregoing Verified Claim of RISHI WIGNARAJAH was delivered via electronic transmission to the Assistant United States Attorney and all other interested parties and counsel of record via the Clerk of the District Court using its ECF System which electronically notifies them.

JOHN M. BALES
United States Attorney
KEVIN McCLENDON
Assistant United States Attorney
United States Attorney's Office
101 E. Park Blvd., Suite 500
Plano, Texas 75704
kevin.mcclendon@usdoj.gov

ALAN R. JACKSON
Assistant United States Attorney
United States Attorney's Office
101 E. Park Blvd., Suite 500
Plano, Texas 75704
alan.jackson@usdoj.gov

Dated: August 8, 2016

/s/ Ernest "Bo" Hopmann III
Ernest "Bo" Hopmann III
FEDERAL BAR ID #15578
T.B.A. #09982800
3700 North Main Street
Houston, Texas 77009
Telephone (713) 869-9252
Facsimile (713) 869-8859
Email: bhopmann@pdq.net

ATTORNEY FOR CLAIMANT
RISHI WIGNARAJAH